## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STACY HENDRIX and OPAL BARRY, on
behalf of themselves and all others
similarly situated,

        Plaintiffs,

v.

JORDAN DISPOSAL, LLC,

        Defendant.

Case No. 2:26-cv-02309-JAR-JBW

## JOINT STIPULATION AND [PROPOSED]ORDER TO EXTEND DEADLINE FOR RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiffs Stacy Hendrix and Opal Barry ("Plaintiffs") and Defendant Jordan Disposal, LLC ("Defendant"), by and through their respective undersigned counsel, jointly stipulate and respectfully request that the Court extend the deadline for the parties to serve their initial disclosures under Federal Rule of Civil Procedure 26(a)(1). In support of this Joint Stipulation, the parties state as follows:

1. The Court's Order setting the Federal Rule of Civil Procedure 16 scheduling conference and related pre-conference deadlines (ECF No. 11) requires the parties to serve their Rule 26(a)(1) initial disclosures on or before July 13, 2026.

2. The parties jointly request that this deadline be extended by thirty (30) days, up to and including August 12, 2026.

1

3. Good cause supports the requested extension. Despite the exercise of reasonable diligence, the parties require additional time to gather, review, and finalize the witness, document, damages, and insurance information necessary to serve complete and accurate initial disclosures.

4. This is the first requested extension of the Rule 26(a)(1) initial-disclosure deadline. The extension is sought in good faith and not for purposes of delay, and all parties join in and consent to this request.

5. This Joint Stipulation is filed before the current deadline expires, consistent with D. Kan. Rule 6.1(a). The requested extension will not affect the scheduling conference set for July 20, 2026, or any other deadline or setting in this case.

WHEREFORE, the parties respectfully request that the Court enter the Proposed Order submitted herewith, extending the deadline for the parties to serve their Rule 26(a)(1) initial disclosures to and including August 12, 2026.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Jennifer Tatum
Jennifer Tatum, KS Bar No. 21802
2300 Main Street, Suite 900
Kansas City, MO 64108
jtatum@grsm.com
Attorney for Defendant Jordan Disposal, LLC

PATRICK C. SMITH LLC
By: */s/ Patrick C. Smith*
Patrick C. Smith
PO Box 1328
Pittsburg, KS 66762
620-308-6692
Fax: 620-308-6694
Email: pat@pcs-law.com

LIDDLE SHEETS P.C.
By: */s/ Matthew Z. Robb**
Steven D. Liddle*
Laura L. Sheets*
Matthew Z. Robb*
975 E. Jefferson Avenue,
Detroit, MI 48202
mrobb@lsclassaction.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jennifer Tatum
Jennifer Tatum

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STACY HENDRIX and OPAL BARRY, on behalf of themselves and all others similarly situated, | |
| | Case No. 2:26-cv-02309-JAR-JBW |
| Plaintiffs, | |
| v. | |
| JORDAN DISPOSAL, LLC, | |
| Defendant. | |

## **PROPOSED ORDER**

This matter comes before the Court on the parties' Joint Stipulation and Proposed Order to Extend the Deadline for Rule 26(a)(1) Initial Disclosures. Having reviewed the Joint Stipulation and being otherwise fully advised, the Court finds that good cause exists to grant the requested extension.

IT IS THEREFORE ORDERED that the deadline for the parties to serve their initial disclosures under Federal Rule of Civil Procedure 26(a)(1) is extended to and including **August 12, 2026**. All other deadlines and settings in this case remain unchanged.

IT IS SO ORDERED.

Dated: _____

_____
Jennifer B. Weiland
United States Magistrate Judge

4